UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 2*2**MMOO9027ASB*

Joshua Andre Pee
(Write the full name of the plaintiff)

vs. Captain Kevin, Strickland #2093

Sgt. Mario, Alarcon #3254

Johnathan Zimerman #1846

Sgt. Birgit Handzik #403
(Write the full name of the defendant/s in this case)

FILED BY _MC_ D.C.

FEB 03 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Joshua Andre Pee

Address: 2563 N. Coral Trace Circle

Inmate/Prison No.: 0398073

Year of Birth: 1988 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Kevin Strickland #2093   Defendant: Sgt. Mario Alarcon #3254

Official Position: Captain   Official Position: Sgt.

Place of Employment: Fla State Troop Place of Employment: Florida State Trooper

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

# OFFICERS NAMES AND BADGE #'S

DEFENDANTS ——— BADGE #'S

DAVID FANEGIO-1788   ⤳ URGENT CARE

HAROID LAUREDAN-01986/4890

DOMINIC ALEXANDRE-4608

—FLORIDA HIGHWAY PATROL⤳



## II. Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and pl aces.  Each claim  should be stat ed in a separately num bered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1.) CAPTAIN, STRICKLAND #2093, DISMISSED THE AMBIANCE WITHOUT ME SEEKING MEDICAL ATTENTION; HE VIOLATED ME BY PUTTING HIS KNEE ON MY KNECK, HANDCUFFING ME ALLOWING HIS (SGT. BIRGIT) TO TAZE ME AGAIN IN MY LEG. (2.) (SGT BIRGIT #403) TAZED ME TWICE, ONCE IN MY HEAD, AND IN MY LEG WHILE HANDCUFFED BY CAPTAIN STRICKLAND. (3) JOHNATHAN ZIMERMAN #1846 TAZED ME IN MY SHOULDER, KNEEING ME IN MY GROAING PRIVATE PART. HE ALSO WAS ONE OF THE FOUR OFFICERS WHO KNOCKED HALF OF MY TOOTH OUT, WHILE CARING ME LIKE AN ANIMAL INTO THE URGENT CARE, HANDCUFFED.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes.  Attach additional pages, if necessary.

I would LIKE THE COURT TO EMERGENCY RELEASE ME FROM CUSTODY OF ALL CHARGES FROM WEST PALM JAIL (GUN CLUB RD JAIL) I WOULD LIKE A NO CONTACT ORDER FROM ALL STATE TROOPERS MENTION IN THIS AFFIDAVITE, I WANT A THREE page paper EXPLANING. HOW, AND WHY THEY VIOLATED MY CONSTITUTIONAL RIGHTS. I WOULD LIKE TO BE COMPASSATED FOR ALL MY DAMAGES, LOSES, MENTAL AND EMOTIONAL STRESS, THAT WAS CAUSED TO ME MY KIDS MY FAMILY. MY MIND FEELS NUMB FROM ALL THE PAIN I ENCOUNTERED.

(3). JOHNATHAN ZIMERMAN #1946

HE. Also Followed ME TO GUN Club JAIL IN A DIFFERENT TROOPER CAR AND TRIED TO HIDE THE FACT I WAS TAZED Several TIMES. The SHERRIFS TOID All TROOPERS THEY CANNOT ENTER ME INTO JAIL with OUT BEING MEDICALLY CLEARED. I WAS IN THE TROOPERS CAR from 2:00 PM UNTIL 9:00 PM WAITING TO BE TRANSPORTED TO JAIL. I WAS TIED (Effect) LIKE A ANIMAL, WHILE THE STRAP DAGGIED from THE TROOPERS CAR. LAST (JOHNATHAN ZIMERMAN) MADE SOME DEAL WITH The URGENT CARE Doctor which IS why I WASGNT SEEN.

(4) SGT. MARIO, ALARCON. #3254 SGT. Ripps MY CAR APART LEAVING MAJOR DAMAGES LOOKING FOR DRUGS. HE Also SNATCHED The TAZERS prongs OUT off MY ARM, AND SAID THAT NO AMBlANCE Will SEE YOU. HE IS The REASON FOR BOTH STATE TROOPER CASES. HE VIOLATED ME on MY FIRST CASE.

(5). HAROID LAUREDAN - #01986/4890 I WAS CUFFED IN BACK of Dominic Alexandre #4608 STATE TROOPER CAR. When HAROID LAUREDAN CAME TO Deputy Dominic's CAR AGGRESSIVLY VIOLATING ME By KNEEING ME AND MAKING MY TEETH TEETH BREAK ON THE CONCREATE THATS WHEN I ASKED STATE TROOPER DOMINIC TO HEIP ME, WHICH HE TRIED BUT you CAN TELL TROOPER DOMINIC WAS A ROOKIE, NO ONE WOUID LISTEN TO HIM. WHEN HE TRIED TO DO WHAT WAS RIGHT (9:45-10:00) HAROID ORDERED OTHER DEPUTY'S TO GRAB ME WHILE IN CUFFS, CARRYING ME by MY ARMS AND LEGS HANDCUFFED LIKE A WILD ANIMAL.

#(1708)

6) DAVID FANEGO - HE IS VERY VIOLATE AND AGGRESSIVE HE PUSHED ME WHILE IN CUFFS punching ME SEVERAL TIMES CAUSING MY RIGHT HAND TENDANT ON MY WRIST TO SWELL. HE WAS ONE OF THE four OFFICERS THAT CARRIED ME INTO THE URGENT CARE.

7). DOMINIC ALEXANDRE 4608 - HE IS A WONDERFUL officer JUST TRAINED BY CURRUPT Officers, WHICH GIVES HIM NO POWER TO DO WHATS RIGHT. HE Comforted ME A TRIED TO KEEP ME SAFE THROUGH ALL THE CURRUPTION. DOMINIC WAS SO WORRIED ABOUT ME BEING HELD IN THE BACK OF HIS PATROL Car FROM 2:00 PM IN THE AFTERNOON ~~TO~~ TO 9:00 AT NIGHT THAT HE CALLED MY Family ON HIS Cell phone BECAUSE HE SEEN THE CURRUPTION GOING ON.

8. URGENT CARE — JohnaTHAN ZimerMAN #1846 WAS THE TROOPER WHO CONVINCED OR TALKED TO THE DOCTOR NOT TO SEE ME. I WAS IN SO MUCH PAIN FROM MY HEAD MY WRIST MY BACK AND AND MY TAZERED LEG. MY TOOTH WAS broken IN MY MOUTH BUT THE DOCTOR NEVER CAME TO SEE ME. THEY under INFLUENCE FROM FLORIDA Highway PATROL, NEVER SAW ME OR MY WOUNDS, FraudulanTly EXPENDUTURE TAX PAYER FUNDS.

**IV. Jury Demand**

Are you demanding a jury trial?     ✓ Yes     ___ No

Signed this _29_ day of _JANUARY_, 20_23_

UCC 1-308  _Joshua Andu Vey_

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _01/29/2023_

_Joshua Andu Vey  #1_

Signature of Plaintiff

Main Detention Center
Joshua Andre Pee
Cell # south 4 B
Jacket # 0398073
P.O Box 24716
West Palm Beach, Florida 33416

Clerk's office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716


USA ★ FOREVER